UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JO ANNE SOULE,<br><br>                            Plaintiff,<br>v.<br>P.F. CHANG'S CHINA BISTRO, INC.,<br><br>                            Defendant. | Case No. 2:18-cv-02239-GMN-GWF<br><br>**ORDER** |

On May 15, 2019, Plaintiff filed her Motion to Compel (ECF No. 14) and the Court conducted a hearing in this matter on June 7, 2019. The Court instructed the parties that it would issue an order setting forth a briefing schedule for Plaintiff's application for an award of attorney's fees. Accordingly,

**IT IS HEREBY ORDERED** as follows:

1. Counsel for Plaintiff shall, no later than fourteen (14) days from the entry of this order, up to and including **June 24, 2019**, serve and file a memorandum, supported by affidavit of counsel, establishing the amount of attorneys' fees and costs incurred as addressed in this order. The memorandum shall provide a reasonable itemization and description of work performed, identify the attorney(s) or staff member(s) performing the work, the customary fee of the attorney(s) or staff member(s) for such work, and the experience, reputation and ability of the attorney performing the work. The attorney's affidavit shall authenticate the information contained in the memorandum, provide a statement that the bill has been reviewed and edited, and a statement that the fees and costs charged are reasonable.

2. Counsel for Defendants shall have fourteen (14) days from service of the memorandum of costs and attorney's fees, up to and including **July 8, 2019**, in which to file a responsive memorandum addressing the reasonableness of the costs and fees sought, and any

1

equitable considerations deemed appropriate for the court to consider in determining the amount of costs and fees which should be awarded.

Dated this 10th day of June, 2019.

_____
GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE