# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

JO ANNE SOULE

                Plaintiff,

v.

P.F. CHANG'S CHINA BISTRO, INC.,

                Defendant.

JUDGMENT IN A CIVIL CASE
for Attorney Fees

Case Number: 2:18-cv-02239-GMN-GWF

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that attorney fees are awarded to the Plaintiff in the amount of $1,825.00. Additionally, the Court awards the requested costs in the amount of $121.50

| | |
|---|---|
| 07/29/2019 | DEBRA K. KEMPI |
| Date | Clerk |
| | /s/ A. Reyes |
| | Deputy Clerk |