UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JO ANN SOULE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>P.F. CHANG'S CHINA BISTRO, INC.,<br><br>　　　　Defendants. | Case No. 2:18-CV-2239-GMN-EJY<br><br>**ORDER** |

Before the Court is the parties' Stipulation and [Proposed] Order To Continue Hearing On Defendant P.F. Chang's China Bistro. Inc.'s Motion For Protective Order.

IT IS HEREBY ORDERED that the hearing set for Friday, August 23, 2019 at 11 a.m., on Defendant's Motions ECF Nos. 26 and 27 is VACATED.

IT IS FURTHER ORDERED that Defendant's Motion for Order Shortening Time (ECF No. 27) is DENIED as moot.

IT IS FURTHER ORDERED that Defendant's Motion for Protective Order (ECF No. 26) is set for hearing on Friday, August 30, 2019 at 9:30 a.m.

IT IS FURTHER ORDERED that Plaintiff's Opposition to Defendant's Motion for Protective Order shall be filed on or before Tuesday, August 27, 2019.

IT IS FURTHER ORDERED that Defendant's Reply in Support of its Motion for Protective Order shall be filed on or before 10:00 a.m. on August 29, 2019.

DATED: August 22, 2019

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1