UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JO ANN SOULÉ,<br><br>    Plaintiff,<br><br>v.<br><br>P.F. CHANG'S CHINA BISTRO, INC.,<br><br>    Defendant. | Case No. 2:18-cv-02239-GMN-EJY<br><br>**ORDER** |

Before the Court is Plaintiff's Verified Memorandum of Attorney's Fees and Costs (ECF No. 49) submitted in accordance with the Court's February 11, 2020 Order (ECF No. 48). No objection has been filed to Plaintiff's Memorandum and a review demonstrates that fees, in the amount of $1,700.00, and costs, in the amount of $62.25, are reasonable.

Accordingly, IT IS HEREBY ORDERED that Defendant P.F. Chang's China Bistro, Inc. shall pay to Plaintiff the fees of $1,700.00 and costs in the amount of $62.25 within thirty (30) days of the date of this Order.

DATED: March 12, 2020

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1