**WILSON ELSER**
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

MICHAEL LOWRY, ESQ.
Nevada Bar No. 10666
E-mail: Michael.Lowry@wilsonelser.com
300 South 4th Street, 11th Floor
Las Vegas, NV 89101-6014
Tel: 702.727.1400/Fax: 702.727.1401
Attorneys for P.F. Chang's China Bistro, Inc.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Jo Ann Soule | Case No.: 2:18-cv-2239-GMN-EJY |
| Plaintiff, | |
| vs. | **Stipulation and Order to Dismiss with Prejudice** |
| P.F. Chang's China Bistro, Inc.; Does 1 through 100 and Roe Corporations 1 through 100, inclusive | |
| Defendants. | |

Plaintiffs stipulate to dismiss this matter with prejudice, each to bear their own fees and costs.  No trial date was scheduled.

| | |
|---|---|
| **WILSON ELSER**<br>WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP | NAQVI INJURY LAW |
| /s/ Michael P. Lowry<br>Michael P. Lowry, Esq.<br>Nevada Bar No. 10666<br>6689 Las Vegas Blvd. South, Suite 200<br>Las Vegas, Nevada  89119<br>Attorneys for P.F. Chang's China Bistro, Inc. | /s/ Sarah Banda<br>Sarah Banda, Esq.<br>Nevada Bar No. 11909<br>9500 W Flamingo Rd #104<br>Las Vegas, NV 89147<br>Attorneys for Jo Ann Soule |
| DATED this 24 day of September, 2020. | It is so ordered.<br><br>_____<br>Gloria M. Navarro, District Judge<br>United States District Court |

-1-